UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. DANA M. SABRAW)

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIMON XIAO,<br><br>Defendant. | Case No.: 3:19-cr-04613-DMS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
|---|---|

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing currently set for November 10, 2022, at 11:00AM shall be continued to January 13, 2023, at 11:00AM.

It is FURTHER ORDERED that, the parties agreeing to exclusion of time, the time between those two dates is excluded under the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. §§3161(h)(1)(D) and (h)(7), in that the Court finds, for reasons set forth in the joint motion, and that the ends of justice served by the granting of the continuance outweigh the interest of the public and the defendant in a speedy trial.

**IT IS SO ORDERED,**
Dated: November 7, 2022

_____
Hon. Dana M. SABRAW
United States District Judge